CHARLES B. LEMBCKE, State Bar No. 140285
cbl@cbllaw.com
CHARLES B. LEMBCKE, PA
1300 Riverplace Blvd Ste 605
Jacksonville, FL 32207- 9018
Telephone: (904) 355-5467
Facsimile:  (904) 633-9328

STEVEN M. SCHATZ, (*Pro Hac Status Pending*)
sschatz@wsgr.com
JEROME F. BIRN, JR., (*Pro Hac Status Pending*)
boris.feldman@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendants
Body Central Corporation, Bruce Allen
Weinstein, and Thomas Stoltz

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | |
|---|---|
| NICK MOGENSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BODY CENTRAL CORPORATION, B. ALLEN WEINSTEIN, and THOMAS STOLTZ<br><br>    Defendants, | Case No.: 3:12-cv-00954-HES-JRK<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS, defendants, Body Central Corporation, Stoltz, and Weinstein ("Defendants") were served with the summons and complaint on September 5, 7 and 10, 2012, respectively, and their current response dates are September 26, September 28, and October 1, 2012, respectively;

WHEREAS, the complaint in this case alleges securities violations under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and is therefore subject to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.* (the "PSLRA");

WHEREAS, pursuant to the PSLRA, this case may be prosecuted only by a plaintiff who is appointed by this Court to be "Lead Plaintiff," and any person wishing to serve as Lead Plaintiff must file such a motion with the Court no later than October 29, 2012 (15 U.S.C. § 78u-4(a)(3)(A)(i));

WHEREAS, counsel for the parties have conferred about the timing of Defendants' responses to the complaint in light of the Lead Plaintiff provisions of the PSLRA;

WHEREAS, the parties agree, subject to approval of the Court, that a Consolidated Complaint shall be filed within sixty (60) days of the issuance of an order by the Court appointing a Lead Plaintiff.  Defendants shall then have sixty (60) days within which to answer or otherwise respond to the Consolidated Complaint.  In the event Defendants file a motion to dismiss the Consolidated Complaint, Lead Plaintiff shall have sixty (60) days within which to file an opposition to the motion to dismiss. Defendants reserve the right to seek leave of the Court to file a reply within thirty (30) days of the opposition.

WHEREAS, pursuant to the PSLRA, all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the Court finds upon the motion of

any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.(15 U.S.C. § 78u-4(b)(3)(B));

WHEREAS, this stipulation is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to the respective parties;

THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate and respectfully request that the Court Order as follows:

1. Defendants are not required to respond to the complaint in this action or to any other complaint filed in any action consolidated herein that is filed prior to the appointment of a Lead Plaintiff by the Court.

2. Within sixty (60) days of the issuance of an order appointing a Lead Plaintiff by the Court, such Lead Plaintiff shall file a Consolidated Complaint. Defendants shall then have sixty (60) days within which to answer or otherwise respond to the Consolidated Complaint. In the event Defendants file a motion to dismiss the Consolidated Complaint, Lead Plaintiff shall have sixty (60) days within which to file an opposition to the motion to dismiss.

3. The parties' exchange of Rule 26 initial disclosures, the Rule 26(f) conference, and the submission of a Discovery or Litigation Plan is stayed pending further order from the Court.

Dated: September 21, 2012  CHARLES B. LEMBCKE, PA

By:  /s/ Charles B. Lembcke
      Charles B. Lembcke

1300 Riverplace Blvd Ste 605
Jacksonville, FL 32207- 9018
Telephone: (904) 355-5467
Facsimile: (904) 633-9328

```
```
WILSON SONSINI GOODRICH & ROSATI  
Professional Corporation  
STEVEN M. SCHATZ (Pro Hac Status Pending)  
JEROME F. BIRN, JR. (Pro Hac Status Pending)  
650 Page Mill Road  
Palo Alto, CA 94304-1050  
Telephone: (650) 493-9300  
Facsimile: (650) 565-5100  

*Attorneys for Defendants*  
*Body Central Corporation, Bruce Allen*  
*Weinstein, and Thomas Stoltz*  

Dated: September 21, 2012    ROBBINS GELLER RUDMAN & DOWD LLP  

By: /s/David J. George  
    David J. George  

DAVID J. GEORGE  
Florida Bar No. 0898570  
dgeorge@rgrdlaw.com  
ROBERT J. ROBBINS  
Florida Bar No. 0572233  
rrobbins@rgrdlaw.com  
120 E. Palmetto Park Road, Suite 500  
Boca Raton, FL 33432  
Telephone: (561) 750-3000  
Facsimile: (561) 750-3364  

*Attorneys for Plaintiff*  

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____

HON. HARVEY E. SCHLESINGER  
UNITED STATES DISTRICT JUDGE