FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION   2012 DEC 13 PM 1:24

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE, FLORIDA

NICK MOGENSEN, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.                                CASE NO. 3:12-cv-954-J-20JBT

BODY CENTRAL CORPORATION,
B. ALLEN WEINSTEIN, and THOMAS
STOLTZ,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before this Court on Plaintiff's "Unopposed Motion for Entry of an Order Appointing Nick Mogensen as Lead Plaintiff and Approving Selection of Lead Counsel" (Dkt. 14, filed December 7, 2012); and the Parties' "Joint Motion for Scheduling Order Pursuant to Private Securities Litigation Reform Act" (Dkt. 16, filed December 7, 2012). The Court has examined both Motions and determined that they are both due to be granted.

Therefore, it is **ORDERED**:

1. Plaintiff's "Unopposed Motion for Entry of an Order Appointing Nick Mogensen as Lead Plaintiff and Approving Selection of Lead Counsel" (Dkt. 14, filed December 7, 2012) is **GRANTED**;

2. Nick Mogensen is appointed Lead Plaintiff pursuant to the requirements of the Private Securities Litigation Reform Act (the "PSLRA"), 15 U.S.C. §78u-4(a)(3)(B);

3. Nick Mogensen's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel

is hereby approved, pursuant to the PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(v);

4. The Parties' "Joint Motion for Scheduling Order Pursuant to Private Securities Litigation Reform Act" (Dkt. 16, filed December 7, 2012) is **GRANTED**;

5. The Lead Plaintiff may file an amended complaint within sixty (60) days of the date of this Order;

6. Defendants shall file their motion to dismiss such amended complaint within sixty (60) days of the date such amended complaint is filed;

7. The Lead Plaintiff shall file its response in opposition to such motion to dismiss within sixty (60) days of the date such motion to dismiss is filed;

8. Pursuant to the PSLRA, 15 U.S.C. § 78u-4(b)(3)(B), discovery is hereby stayed until further order of the Court. The exchange of Rule 26 initial disclosures, the Rule 26(f) conference, and the submission of a discovery or litigation plan are hereby stayed pending further order of the Court.

**DONE AND ORDERED** at Jacksonville, Florida, this 13 day of December, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
David J. George, Esq.
Francis A. Bottini, Jr., Esq.
Kathleen Lee Barber, Esq.
Paul J. Geller, Esq.
Robert Jeffrey Robbins, Esq.
Brian Danitz, Esq.
Charles B. Lembcke, Esq.
Jerome F. Birn, Jr., Esq.
Steven M. Schatz, Esq.

2