# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| NICK MOGENSEN, Individually and on Behalf of All Others Similarly Situated, | Case No.: 3:12-cv-00954-HES-JRK |
| Plaintiff, | **CLASS ACTION** |
| v. | |
| BODY CENTRAL CORPORATION, B. ALLEN WEINSTEIN, THOMAS STOLTZ and BETH R. ANGELO | |
| Defendants. | |

## NOTICE OF PENDING ASSIGNMENT FOR BENEFIT OF CREDITORS

The undersigned represents Mark C. Healy (the "Assignee") in the assignment for the benefit of creditors of Defendant, Body Central Corp., styled as: *Body Central Corp., Assignor, to Mark C. Healy, Assignee;* In the Circuit Court, Fourth Judicial Circuit, In and For Duval County, Florida; Case No.: 16-2015-CA-000213-XXXX-MA, Division: CV-F.  A copy of the Notice of Assignment is attached hereto as **Exhibit A**.

While the stay imposed pursuant to § 727.105, Florida Statutes, applies to parties seeking to assert a claim against Body Central Corp., the Assignee has been advised of Body Central Corp.'s pending settlement in this case by counsel for Body Central Corp. and does not oppose this Court's approval of Body Central Corp.'s pending settlement in this case at the hearing scheduled on January 21, 2015, or oppose distribution of the previously-escrowed settlement funds pursuant to order of this Court.

Dated: January 20, 2015.	AKERMAN LLP

By: */s/ Jacob A. Brown*
    Jacob A. Brown
    Florida Bar No.: 0170038
    Email: jacob.brown@akerman.com
    Katherine C. Fackler
    Florida Bar No.: 0068549
    Email: katherine.fackler@akerman.com
    50 North Laura Street, Suite 3100
    Jacksonville, FL  32202
    Telephone:  (904) 798-3700
    Facsimile:  (904) 798-3730

*Attorneys for Mark C. Healy, Assignee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: David J. George, Paul J. Geller, Robert Jeffrey Robbins, Kathleen Lee Barber, Holly Kimmel, Robbins Geller Rudman & Dowd, LLP , Suite 500, 120 E Palmetto Pk Rd, Boca Raton, FL 33432; Francis A. Bottini, Jr., Bottini & Bottini, Inc., 7817 Ivanhoe Ave., Suite 102, La Jolla, CA 92037; Charles B. Lembcke, Charles B. Lembcke, P.A., 1300 Riverplace Blvd., Suite 605, Jacksonville, FL 32207-9018; and Steven M. Schatz, Jerome F. Birn, Jr., Kelley M. Kinney, and  Brian Danitz, Wilson, Sonsini, Goodrich & Rosati, PC, 650 Page Mill Road, Palo Alto, CA 94304-1050.

    */s/ Jacob A. Brown*
    Attorney

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2015-CA-000213-XXXX-MA

DIVISION: CV-F

BODY CENTRAL CORP.,

       Assignor,

To:

MARK C. HEALY,

       Assignee.
_____/

**NOTICE OF ASSIGNMENT**

CASE NO.: 16-2015-CA-000214-XXXX-MA

DIVISION: CV-A

BODY CENTRAL STORES, INC.,

       Assignor,

To:

MARK C. HEALY,

       Assignee.
_____/

CASE NO.: 16-2015-CA-000215-XXXX-MA

DIVISION: CV-D

BODY CENTRAL SERVICES, INC.,

       Assignor,

To:

MARK C. HEALY,

       Assignee.
_____/

{30185567;2}

**Exhibit A**

CASE NO.: 16-2015-CA-000217-XXXX-MA

DIVISION: CV-A

BODY CENTRAL DIRECT, INC.,

       Assignor,

To:

MARK C. HEALY,

       Assignee.

_____/

## NOTICE OF ASSIGNMENT

**TO ALL CREDITORS AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that four separate Petitions commencing four Assignments for the Benefit of Creditors, pursuant to Chapter 727, Florida Statutes, made by Body Central Corp., Body Central Stores, Inc., Body Central Direct, Inc., and Body Central Services, Inc., as Assignor, each with its place of business at 6225 Powers Avenue, Jacksonville, Florida 32217, to Mark C. Healy, assignee, whose principal offices are located at Michael Moecker & Associates, Inc., 3613 North 29th Avenue, Hollywood, Florida 33020, were filed on January 14, 2015.

**YOU ARE HEREBY** further notified that in order to receive any dividend in these proceedings you must file a proof of claim, a copy of which is attached hereto, on the Assignee or his attorney on or before Monday, May 11, 2015.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished this 16th day of January, 2015, by first-class United States mail, to: (1) Body Central Corp., a Delaware corporation, at its place of business at: 6225 Powers Avenue, Jacksonville, Florida 32217 and to its registered agent, CT Corporation System, 1200 South Pine Island Road, Plantation, Florida 33324; (2) Body Central Stores, Inc., a Florida corporation, at its place of business at: 6225 Powers Avenue, Jacksonville, Florida 32217 and to its registered agent, CT

**Exhibit A**

Corporation System, 1200 South Pine Island Road, Plantation, Florida 33324; (3) Body Central Direct, Inc., a Florida corporation, at its place of business at: 6225 Powers Avenue, Jacksonville, Florida 32217 and to its registered agent, CT Corporation System, 1200 South Pine Island Road, Plantation, Florida 33324; (4) Body Central Services, Inc., a Florida corporation, at its place of business at: 6225 Powers Avenue, Jacksonville, Florida 32217 and to its registered agent, CT Corporation System, 1200 South Pine Island Road, Plantation, Florida 33324; and (5) Mark C. Healy, assignee, whose address is 3613 North 29th Avenue, Hollywood, Florida 33020.  Mark C. Healy, Assignee, shall furnish copies of the foregoing to all creditors and interested parties identified in the Petitions, and a certificate of service by the Assignee will be filed with the Clerk of Court.

Dated: January 16, 2015.                    AKERMAN LLP

By: */s/ Jacob A. Brown*
    Jacob A. Brown
    Florida Bar No. 0170038
    Primary Email: jacob.brown@akerman.com
    Secondary Email: leilani.caylao@akerman.com
    Secondary Email: jennifer.meehan@akerman.com
    Katherine C. Fackler
    Florida Bar No. 0068549
    Primary Email: katherine.fackler@akerman.com
    Secondary Email: leilani.caylao@akerman.com
    Secondary Email: jennifer.meehan@akerman.com
    50 North Laura Street, Suite 3100
    Jacksonville, Florida 32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730

Attorneys for Mark C. Healy, Assignee

**Exhibit A**

**IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA**

**In Re:**

**Check the box below for the entity/entities which this claim is being asserted against:**

    **[ ] BODY CENTRAL CORP.,
    [ ] BODY CENTRAL STORES, INC.,
    [ ] BODY CENTRAL DIRECT, INC.,
    [ ] BODY CENTRAL SERVICES, INC.,**

        **Assignor,**        Case No.: 16-2015-CA-000213-XXXX-MA

**To:**
    **MARK C. HEALY,**

        **Assignee,**
_____/

## PROOF OF CLAIM

> TO RECEIVE ANY DIVIDEND IN THIS PROCEEDING, YOU MUST COMPLETE THIS PROOF OF CLAIM AND DELIVER IT TO THE ASSIGNEE NO LATER THAN:
>
> ### MAY 11, 2015
>
> THE ASSIGNEE'S NAME AND ADDRESS ARE AS FOLLOWS:
> Mark Healy, Assignee
> MICHAEL MOECKER & ASSOCIATES, INC.
> 3613 North 29th Avenue
> Hollywood, FL 33020
> (954) 252-1560  ·  (954) 252-2791 Fax No.
> **bodycentralinfo@Moecker.com**

1. **CREDITOR NAME (Your name):** _____
   **ADDRESS:** _____

   **TELEPHONE NUMBER:** _____
   **E-MAIL ADDRESS:** _____

   *Please be sure to notify us if you have a change of address.*

2. **BASIS FOR CLAIM:**
   [ ] Goods Sold        [ ] Wages, Salaries and Compensations    [ ] Secured Creditor
   [ ] Services Performed   [ ] Taxes
   [ ] Money Loaned     [ ] Customer Deposit
   [ ] Shareholder       [ ] Other: _____

3. **DATE DEBT WAS INCURRED:** _____

4. **AMOUNT OF CLAIM:** $_____

5. **SUPPORTING DOCUMENTS:** **Attach copies of supporting documents**, such as promissory notes, purchase order, invoices, itemized statement of running accounts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

6. **SIGNATURE:** Sign and print name and title, if any, of the creditor or other person authorized to file this claim:

DATED: _____    BY: _____
                                              Signature of Claimant or Representative

                                              _____
                                              **Print Name and Title Here**

{30191002;1}

## Exhibit A