FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2015 JAN 21  AM 11: 05

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

| | |
|---|---|
| NICK MOGENSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BODY CENTRAL CORPORATION, B. ALLEN WEINSTEIN, THOMAS STOLTZ and BETH R. ANGELO,<br><br>Defendants. | No. 3:12-cv-00954-HES-JRK<br><br>**CLASS ACTION** |

**ORDER APPROVING PLAN OF DISTRIBUTION OF SETTLEMENT PROCEEDS**

**THIS MATTER** is before the Court on Lead Plaintiff Nick Mogensen's Motion for Final Approval of Class Action Settlement and Plan of Distribution of Settlement Proceeds. All capitalized terms used herein have the meanings set forth and defined in the Stipulation and Agreement of Settlement dated August 25, 2014, and filed the same day (Dkt. No. 67-1). The Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to persons and entities who are Class Members, advising them of the Plan of Distribution and of their right to object thereto, and a full and fair opportunity was accorded to persons and entities who are Class Members to be heard with respect to the Plan of Distribution. There have been no objections to the Plan of Distribution.

2. The Court hereby finds and concludes that the Plan of Distribution for the calculation of the claims to the Settlement that is set forth in the Notice of Pendency of Class Action and Proposed Settlement, Motion for Attorneys' Fees and Settlement Fairness Hearing (the "Notice") filed with the Court on August 25, 2014 (Dkt. No. 67-1), approved by the Court on October 10, 2014 (Dkt. No. 70), and disseminated to Class Members, provides a fair and reasonable basis upon which to allocate the net settlement proceeds among Class Members.

3. The Court hereby finds and concludes that the Plan of Distribution set forth in the Notice is, in all respects, fair and reasonable and the Court hereby approves the Plan of Distribution.

4. The allocation and distribution of the Net Settlement Fund to Authorized Claimants will be accomplished as soon as reasonably possible.

**IT IS SO ORDERED.**

Dated: Jan 20, 2015

THE HONORABLE HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE